EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                      | 2023 TSPR 32    |
|                             |                 |
| Jorge C. Venegas Martínez   | 211 DPR ___     |

Número del Caso: TS-19,203

Fecha: 21 de marzo de 2023

Abogada del Peticionario:

    Lcda. Daisy Calcaño López

Materia: Reinstalación al ejercicio de la abogacía.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Jorge C. Venegas Martínez          TS-19,203

RESOLUCIÓN

En San Juan, Puerto Rico, a 21 de marzo de 2023.

Examinada la *Moción solicitando reinstalación al ejercicio de la abogacía*, presentada por el Sr. Jorge C. Venegas Martínez, se ordena la reinstalación de éste al ejercicio de la abogacía.

Además, se le ordena a la Secretaría de este Tribunal registrar el cambio de estatus a abogado activo en el Registro Único de Abogados y Abogadas de Puerto Rico (RÚA).

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo